UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJEE THOMPSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.  20-cv-01964-JD<br><br>**ORDER TO SHOW CAUSE** |

On August 10, 2020, defendant Hayward Unified School District filed a motion to dismiss plaintiffs' first amended complaint.  Dkt. No. 34.

Under Civil Local Rule 7-3(a), plaintiffs' opposition was required to be "filed and served not more than 14 days after the motion was filed."  The ECF docket also clearly indicated: "[r]eponses due by 8/24/2020."  Dkt. No. 34.

No response to defendant's motion has been filed.

Plaintiffs are consequently ordered to show cause by September 28, 2020, why the case should not be dismissed for failure to prosecute.  The motion to dismiss hearing that was set for September 17, 2020, is vacated.

**IT IS SO ORDERED.**

Dated:  September 14, 2020

JAMES DONATO
United States District Judge